IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–08–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JOSEPH PATRICK MULLANEY, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 44.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Mullaney is charged with one count of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) (Count 1). (Doc. 2.) Judge DeSoto recommends that this Court accept Mullaney's guilty plea as to Count I after Mullaney appeared before her pursuant to Federal Rule of Criminal Procedure

1

11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report. In light of the United States' motion for preliminary order of forfeiture (Doc. 46), the Court will address the issue of forfeiture by separate order.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 44) is ADOPTED in full.

IT IS FURTHER ORDERED that Mullaney's motion to change plea (Doc. 37) is GRANTED.

IT IS FURTHER ORDERED that Mullaney is adjudged guilty as charged in Count 1 of the Indictment.

DATED this 1st day of October, 2024.

_____
Dana L. Christensen, District Judge
United States District Court